DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

5 NOVEMBER 2015

| | | | |
|---|---|---|---|
| 187P15 | State v. Aleksandr Sergeyevich Kiselev | 1. State's Motion for Temporary Stay | 1. Allowed **06/08/2015** Dissolved **11/05/2015** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 (COA14-1020) | 3. Denied |
| 190P13-2 | State v. Michael Ray King | 1. Def's *Pro Se* Motion for PDR (COAP15-570) | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion in the Alternative for *Coram Noblis/ Certiorari* Petition | 2. Dismissed |
| | | 3. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 3. Allowed |
| | | 4. Def's *Pro Se* Motion to Appoint Counsel | 4. Dismissed as moot **Ervin, J., recused** |
| 190P15 | Jill Crabtree, Employee v. EVP Properties, LLC, Employer, Non-Insured North Carolina Industrial Commission v. EVP Properties, LLC, Employer, Non-Insured, and James Malatesta and Brian J. Dempsey, Individually | Plt's PDR Under N.C.G.S. § 7A-31 (COA14-928) | Denied |
| 193A15 | State v. Allen Ray West | 1. Def's Notice of Appeal Based Upon a Constitutional Question (COA14-983) | 1. — |
| | | 2. State's Motion to Dismiss Appeal | 2. Allowed |
| 200P15-2 | State v. Kevin Mitchell | Def's *Pro Se* Motion to Dismiss | Dismissed |